# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>PABLO CESAR ORTIZ-MONTES,<br>　　aka "Goofy,"<br>　　aka "Pablo Ortiz Montes,"<br>　　aka "Pablo Cesar Ortiz Montes,"<br>　　aka "Pablo C Ortiz,"<br>　　aka "Pablo Cesar Ortiz,"<br>　　aka "Pablo Ortiz Montez,"<br>　　aka "Pablo C Ortiz Montez,"<br>　　aka "Pablo Cesar Ortiz Montez,"<br><br>　　　　　Defendant. | Case No. 2:22-mj-00892-EJY<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on February 10, 2023, at the hour of 4:00 p.m., be vacated and continued to February 24, 2023 the hour of 4:00 p.m. in Courtroom 3D.

DATED this 2nd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE